24-1373 E-FILED
Monday, 07 October, 2024 02:21:42 PM
Clerk, U.S. District Court, ILCD

FILED

OCT - 7 2024   10-2-24

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Peoria Court
100 NE Monroe St #305
Peoria, IL. 61602
Clerk of Office

Peoria Court,

Several years ago I paid $400⁰⁰ dollars to stop Eric Trump on the television. I am the Girl from Fox, he repeated said I was so rich & got all his father's money. He is not President Donald Trump's son or Evana's. He is a relative of Evana Trump. The court never stopped Eric, so I should get my $400⁰⁰ dollars back. I never got a dollar of President Donald Trump's money.

Cox, you please use the $400.00 and apply the money to the attached Complaint for a Civil Case.

Sylvia A. Klupp
7607 W. Argyle
Chicago, Il. 60636